791 A.2d 214

IN THE MATTER OF JOEL B. RUBINSTEIN,
AN ATTORNEY AT LAW.

March 7, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–067, concluding that **JOEL B. RUBINSTEIN,** formerly of **MARLTON,** who was admitted to the bar of this State in 1990 and who is ineligible to practice law in New Jersey by reason of his failure to comply with *Rule* 1:28–2, should be suspended from the practice of law for a period of three months for violating *RPC* 1.2(a) (failure to abide by a client's decision concerning the objectives of the representation), *RPC* 1.3 (lack of diligence), and *RPC* 5.5(a) (failure to maintain a *bona fide* office), and good cause appearing;

It is ORDERED that **JOEL B. RUBINSTEIN** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.